# Third District Court of Appeal
## State of Florida

Opinion filed September 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1341
Lower Tribunal No. F17-015733
_____

**Mario A. Manborde,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Mario A. Manborde, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.